Certificate Number: 05781-TXS-DE-041337993

Bankruptcy Case Number: 21-32223

05781-TXS-DE-041337993

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2026, at 9:18 o'clock PM PDT, Allen Bowers completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: August 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President